UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT LEE STUNZIG, JR. ,

    Plaintiff,

v.         Case No: 8:15-cv-2518-T-36EAJ

JESSICA FLAMMER KOCH, PHILLIP
FEDERICO and CHRIS HELINGER,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on January 4, 2016 (Doc. 17). In the Report and Recommendation, Magistrate Judge Jenkins recommends that (1) Plaintiff's Affidavit of Indigency (Dkt. 11) be DENIED; and (2) Plaintiff's Amended Complaint (Dkt. 9) be dismissed for failure to state a claim. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Affidavit of Indigency, construed as a motion for leave to proceed *in forma pauperis*, (Doc. 11) is **DENIED.**

(3) Plaintiff's Amended Complaint (Doc. 9) is dismissed for failure to state a claim.

**DONE AND ORDERED** at Tampa, Florida on February 1, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record