UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT LEE STUNZIG, JR.,

    Plaintiff,

v.            Case No: 8:15-cv-2518-T-36EAJ

JESSICA FLAMMER KOCH, PHILLIP
FEDERICO and CHRIS HELINGER,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on February 23, 2016 (Doc. 35). In the Report and Recommendation, Magistrate Judge Jenkins recommends that Plaintiff's construed motion for leave to proceed *in forma pauperis* on appeal (Dkt. 34) be DENIED. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 35) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's construed motion for leave to proceed *in forma pauperis* on appeal (Doc. 34) is **DENIED.**

2

**DONE AND ORDERED** at Tampa, Florida on March 14, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record

2